ALFRED A. ROSATI v. VIJAY KAPOOR AND INTERNATIONAL TRADE SERVICES, INC.

May 28, 1987.

Petition for certification denied.

HISAKO MANASEWITSCH v. BOARD OF REVIEW AND OGDEN FOOD SERVICES, CORP.

May 28, 1987.

Petition for certification denied.

JOSEPH C. PASQUALE, JR. v. CITY OF ATLANTIC CITY.

May 28, 1987.

Petition for certification denied.

RODGER E. LOTZ v. ORANGE MEMORIAL HOSPITAL.

May 28, 1987.

Petition for certification denied.